AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bade, Bridget S. | U.S. District Court, Arizona | 05/01/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge - Full Time | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐  Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

Sandra Day O'Connor U.S. Courthouse
401 W. Washington Street, Suite 321
Phoenix, Arizona 85003

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | T&B Trust |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Bade, Bridget S. | 05/01/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2016 | Self-Employed Attorney - Thomas W. Bade PLC (1/1/16-12/31/16) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 05/01/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 05/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  (H) ACCOUNTS | | | | | | | | | |
| 2.  Arizona Central Credit Union | A | Int./Div. | L | T | | | | | |
| 3.  (H) BSB ROTH IRA - BAIRD | | | | | | | | | |
| 4.  Aim Invesco Cocmstock | A | Dividend | J | T | | | | | |
| 5. | A | Distribution | | | Buy (add'l) | 12/15/16 | J | | |
| 6.  MFS Limited Maturity | A | Dividend | J | T | | | | | |
| 7.  (H) TWB ROTH IRA - BAIRD | | | | | | | | | |
| 8.  Davis NY Venture | A | Dividend | J | T | | | | | |
| 9. | A | Distribution | | | Buy (add'l) | 07/06/16 | J | | |
| 10. | A | Distribution | | | Buy (add'l) | 12/15/16 | J | | |
| 11.  MFS Limited Maturity | A | Dividend | J | T | | | | | |
| 12.  (H) MNB COVERDELL ESA - BAIRD | | | | | | | | | |
| 13.  Davis NY Venture | A | Dividend | K | T | | | | | |
| 14. | B | Distribution | | | Buy (add'l) | 07/06/16 | J | | |
| 15. | B | Distribution | | | Buy (add'l) | 12/15/16 | J | | |
| 16.  (H) MTB COVERDELL ESA - BAIRD | | | | | | | | | |
| 17.  Davis NY Venture | A | Dividend | J | T | Sold (part) | 08/30/16 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 05/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | B | Distribution | | | Buy (add'l) | 07/06/16 | J | | |
| 19. | A | Distribution | | | Buy (add'l) | 12/15/16 | J | | |
| 20. Ivy Balanced | A | Dividend | | | Sold | 08/30/16 | J | A | |
| 21. XLK Sector Technology Select Sector Spdr (X) | A | Dividend | | | Sold | 08/30/16 | J | A | |
| 22. (H) BSB ROLLOVER IRA - BAIRD | | | | | | | | | |
| 23. Baird Money Market | A | Interest | J | T | | | | | |
| 24. ESRX common stock | | None | J | T | | | | | |
| 25. GE common stock | A | Dividend | J | T | | | | | |
| 26. HD common stock | A | Dividend | J | T | | | | | |
| 27. MRK common stock | A | Dividend | J | T | | | | | |
| 28. MSFT common stock | A | Dividend | K | T | | | | | |
| 29. PG common stock | A | Dividend | J | T | | | | | |
| 30. XCEL common stock | A | Dividend | K | T | | | | | |
| 31. (H) TWB ROLLOVER IRA - BAIRD | | | | | | | | | |
| 32. Baird Money Market | A | Interest | J | T | | | | | |
| 33. MO common stock | A | Dividend | K | T | | | | | |
| 34. BAC common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 05/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. C common stock | A | Dividend | J | T | | | | | |
| 36. CSCO common stock | A | Dividend | J | T | | | | | |
| 37. COP common stock | A | Dividend | J | T | | | | | |
| 38. GE common stock | A | Dividend | J | T | | | | | |
| 39. INTC common stock | A | Dividend | J | T | | | | | |
| 40. JPM common stock | A | Dividend | J | T | | | | | |
| 41. JNJ common stock | A | Dividend | J | T | | | | | |
| 42. KHC common stock | A | Dividend | J | T | | | | | |
| 43. MRK common stock | A | Dividend | J | T | | | | | |
| 44. MSFT common stock | A | Dividend | J | T | | | | | |
| 45. MDLZ common stock | A | Dividend | J | T | | | | | |
| 46. PM common stock | A | Dividend | K | T | | | | | |
| 47. PFE common stock | A | Dividend | J | T | | | | | |
| 48. PSX common stock | A | Dividend | J | T | | | | | |
| 49. DBO Powershares DB Multi Sector Commodity Trust Oil Fund | | None | J | T | | | | | |
| 50. XCEL common stock | A | Dividend | J | T | | | | | |
| 51. Blackrock S&P 500 Index Investor | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 05/01/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | A | Distribution | | | Buy (add'l) | 07/01/16 | J | | |
| 53. | A | Distribution | | | Buy (add'l) | 12/19/16 | J | | |
| 54. (H) BSB ROLLOVER IRA - BEACON POINTE | | | | | | | | | |
| 55. TDAM US Government Portfolio | A | Int./Div. | J | T | | | | | |
| 56. iShares Russell 1000 Index Fund | A | Int./Div. | K | T | | | | | |
| 57. Cullen Value Fd Hi Dvd Fd | A | Int./Div. | K | T | | | | | |
| 58. | A | Distribution | | | | | | | |
| 59. First Eagle Sogen Fds Inc Global | A | Int./Div. | K | T | | | | | |
| 60. | A | Distribution | | | | | | | |
| 61. Northern Lights Swan Defined Risk | A | Int./Div. | K | T | | | | | |
| 62. Virtus Funds Emerging Mkts Oppty | A | Int./Div. | | | Sold | 03/21/16 | J | A | |
| 63. GE common stock | A | Dividend | J | T | | | | | |
| 64. GS common stock | A | Dividend | J | T | | | | | |
| 65. BlackRock Strategic Income Opps Inv | A | Int./Div. | K | T | | | | | |
| 66. Diamond Hill Small Cap | A | Int./Div. | J | T | | | | | |
| 67. | A | Distribution | | | | | | | |
| 68. Rbb Bb L/S Research Inv | | None | J | T | Buy | 03/21/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 05/01/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. (H) TWB & BSB JT TEN - BEACON POINTE | | | | | | | | | |
| 70. TDAM Municpal Portfolio | A | Int./Div. | J | T | | | | | |
| 71. First Eagle Sogen Fds Inc Global | A | Int./Div. | J | T | | | | | |
| 72. | A | Distribution | | | | | | | |
| 73. Northern Lights Swan Defined Risk | A | Int./Div. | K | T | | | | | |
| 74. Riverpark Wedgewood Institutional | A | Int./Div. | K | T | | | | | |
| 75. Virtus Funds Emerging Mkts Oppo Fd | | None | | | Buy | 02/03/16 | J | | |
| 76. | | | | | Sold | 05/04/16 | J | A | |
| 77. Diamond Hill Small Cap | A | Int./Div. | J | T | Buy | 11/30/16 | J | | |
| 78. | A | Distribution | | | | | | | |
| 79. iShares MSCI Emerging Markets | | None | | | Sold | 02/03/16 | J | A | |
| 80. BAC common stock | A | Dividend | J | T | | | | | |
| 81. (H) TWB ROLLOVER IRA - BEACON POINTE | | | | | | | | | |
| 82. TDAM Municipal Portfolio | A | Int./Div. | J | T | | | | | |
| 83. GS common stock | A | Dividend | J | T | | | | | |
| 84. Riverpark Wedgewood Institutional | A | Int./Div. | J | T | | | | | |
| 85. Diamond Hill Small Cap | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 05/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. | A | Distribution | | | | | | | |
| 87. BlackRock Strategic Income Opps Inv | A | Int./Div. | K | T | | | | | |
| 88. Metropolitan West Total Return Bond | A | Int./Div. | K | T | | | | | |
| 89. | A | Distribution | | | | | | | |
| 90. FPA Crescent Portfolio | A | Int./Div. | J | T | | | | | |
| 91. | A | Distribution | | | | | | | |
| 92. Northern Lights Swan Defined Risk | A | Int./Div. | K | T | | | | | |
| 93. Rbb Bp L/S Research Inv | | None | J | T | Sold (part) | 03/21/16 | J | A | |
| 94. Virtus Funds Emerg Mkts Oppo Fd | | None | | | Sold | 03/21/16 | J | A | |
| 95. Oppenheimer Developing Markets Fund | A | Int./Div. | K | T | Buy | 03/21/16 | J | | |
| 96. (H) TWB ROLLOVER IRA - BEACON POINTE - SARATOGA VALUE | | | | | | | | | |
| 97. TDAM Municipal Portfolio Cl A | A | Int./Div. | L | T | | | | | |
| 98. MMM common stock | A | Dividend | J | T | | | | | |
| 99. AAPL common stock | A | Dividend | J | T | Buy (add'l) | 01/07/16 | J | | |
| 100. | | | | | Buy (add'l) | 04/29/16 | J | | |
| 101. ACN common stock | A | Dividend | J | T | Sold (part) | 06/30/16 | J | A | |
| 102. ADP common stock | A | Dividend | | | Sold | 06/30/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 05/01/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. BAX common stock | A | Dividend | | | Sold | 06/02/16 | J | A | |
| 104. BXLT common stock | A | Dividend | | | Sold | 05/25/16 | J | A | |
| 105. BDX common stock | A | Dividend | J | T | | | | | |
| 106. BRK B common stock | A | Dividend | J | T | | | | | |
| 107. BIIB common stock | | None | J | T | Buy | 02/11/16 | J | | |
| 108. CHRW common stock | A | Dividend | J | T | | | | | |
| 109. CTSH common stock | | None | J | T | | | | | |
| 110. CSCO common stock | A | Dividend | J | T | | | | | |
| 111. COH common stock | A | Dividend | J | T | | | | | |
| 112. KO common stock | A | Dividend | J | T | | | | | |
| 113. IBM common stock | A | Dividend | J | T | | | | | |
| 114. JNJ common stock | A | Dividend | J | T | | | | | |
| 115. MDT common stock | A | Dividend | J | T | | | | | |
| 116. MSFT common stock | A | Dividend | J | T | Sold (part) | 01/29/16 | J | A | |
| 117. NKE common stock | A | Dividend | J | T | | | | | |
| 118. NVO common stock | A | Dividend | J | T | Buy (add'l) | 09/29/16 | J | | |
| 119. OMC common stock | A | Dividend | J | T | Sold (part) | 05/19/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 05/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. ORCL common stock | A | Dividend | J | T | | | | | |
| 121. PCP common stock | | None | | | Sold | 02/01/16 | J | A | |
| 122. PEP common stock | A | Dividend | J | T | | | | | |
| 123. PII common stock | A | Dividend | J | T | Buy | 05/19/16 | J | | |
| 124. PG common stock | A | Dividend | J | T | | | | | |
| 125. SYY common stock | A | Dividend | | | Sold | 11/08/16 | J | A | |
| 126. TSS common stock | A | Dividend | J | T | | | | | |
| 127. UTX common stock | A | Dividend | J | T | | | | | |
| 128. VAR common stock | A | Dividend | J | T | | | | | |
| 129. WMT common stock | A | Dividend | J | T | | | | | |
| 130. (H) LIFE INSURANCE POLICIES | | | | | | | | | |
| 131. Northwestern Mutual Whole Life | A | Dividend | J | T | | | | | |
| 132. Northwestern Mutual Adjsutable CompLife | A | Dividend | J | T | | | | | |
| 133. Northwestern Muutal Adjsutable CompLife | A | Dividend | J | T | | | | | |
| 134. Northwestern Mutual Whole Life | A | Dividend | J | T | | | | | |
| 135. Northwestern Mutual 65 Life | A | Dividend | J | T | | | | | |
| 136. (H) OFFICE CONDO | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 05/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. TBM2 Investments LLC - office condo in Tempe, AZ | E | Rent | N | U | | | | | |
| 138. | | | | | | | | | |
| 139. | | | | | | | | | |
| 140. | | | | | | | | | |
| 141. | | | | | | | | | |
| 142. | | | | | | | | | |
| 143. | | | | | | | | | |
| 144. | | | | | | | | | |
| 145. | | | | | | | | | |
| 146. | | | | | | | | | |
| 147. | | | | | | | | | |
| 148. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 05/01/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I. Positions. The magistrate judge is the co-trustee of the T&B Trust, which is a revocable trust for the benefit of the judge, her spouse and her family. The only assets in the name of the trust are the judge's personal residence and the interests in TBM2 Investments LLC. The residence does not have to be reported in Part VII, and the asset of TBM2 Investments LLC is reported in Part VII, lines 136-37.

Part VII. Different share classes of the same mutual fund have been combined. For example, Riverpark Wedgewood in 2015 had institutional and retail entries. Our financial advisor purchases retail shares with the load waived (class A) and then converts them to insitutional shares (class I), which have a lower expense ratio. All retail shares eventually become institutional shares. It is a strategy to reduce overall fund investment expenses. There is no way to report this exchange under the transaction options, and it's not a realization or disposition event. The retail shares are simply exchanged for institutional shares of idenitcal value. Line 74 of this report combines the Riverpark Wedgewood institutional and retail entries from lines 74 and 74 of the 2015 report.

Part VII. Office condo. The membership interests in TBM2 Investments LLC are owned equally by the judge and her spouse through their revocable trust, T&B Trust. The judge's spouse is the manager of the LLC.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Bridget S. Bade**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544